United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4178

_____

Dorothy Lewis,                      *
                                    *
        Appellant,                  *
                                    * Appeal   from   the   United
States
    v.                              * District Court for the
                                    * Western    District    of
Missouri.
R a y  Fuller; Lynnette Johnston,                        *
            [UNPUBLISHED]
                                    *
        Appellees.                  *


_____

                                    Submitted:  August 6, 1997

                                        Filed:  August 14,
1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

    Dorothy Lewis appeals from the district court's[1] order
denying her motion to reconsider the dismissal of her
Title VII action.  After reviewing the record and the

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western
District of Missouri.

parties' briefs, we conclude that the district court did not abuse its discretion.  <u>See</u>

<u>Sanders v. Clemco Indus.</u>, 862 F.2d 161, 169 (8th Cir. 1988) (standard of review). To the extent Lewis is seeking a stay of the appeal, the motion is denied. Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.